### 7931. JOHNSON *v.* THE STATE.

LUKE, J. The evidence as to the guilt of the accused was conflicting, but the jury trying the case were properly instructed by the court, and returned a verdict of guilty. The newly discovered evidence was cumulative in its character, and, the trial judge having approved the verdict, and there being some evidence to authorize the conviction, this court will not disturb the judgment overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and George, J., concur.*
DECIDED MARCH 13, 1917.

Indictment for manufacture of liquor; from Spalding superior court—Judge Searcy.

*W. H. Connor, B. F. McKnight,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.

---

### 7935. BROWN *v.* CITY OF ATLANTA.

LUKE, J. The evidence did not authorize the conviction of the defendant in the recorder's court, on the charge of keeping liquor on hand for unlawful sale. Accordingly the superior-court judge erred in overruling the certiorari.

*Judgment reversed. Wade, C. J., and George, J., concur.*
DECIDED MARCH 13, 1917.

Certiorari; from Fulton superior court—Judge Bell. October 2, 1916.

*Morris Macks, Albert Kemper, Samuel A. Massell,* for plaintiff in error. *J. L. Mayson, S. D. Hewlett,* contra.